JS6

**NOTE: CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOMENG CUI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, LOS ANGELES ASYLUM OFFICE,<br><br>　　　　Defendant. | No. 2:23-cv-04532-RGK-JPR<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION  [10]**<br><br>Honorable R. Gary Klausner<br>United States District Judge |

　　On June 8, 2023, Xiaomeng Cui ("Plaintiff") filed the instant complaint against United States Citizenship and Immigration Services, Los Angeles Asylum Office ("Defendant"). Plaintiff seeks to compel Defendant to take action on the Form I-589, Application for Asylum and for Withholding of Removal, filed by Plaintiff.

　　The Court, having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, hereby GRANTS the Joint Stipulation to Stay case and ORDERS that the instant action shall be stayed until November 4, 2024.

　　The Court hereby ORDERS this matter removed from the Court's active caseload, pending the outcome of said proceedings and/or further order of this Court.  Counsel shall properly motion this Court to place this action back on active status upon the termination of the stay.  All pending dates and hearings are vacated and taken off-calendar.

Dated: 8/10/2023

　　　　　　　　　　　　　　　　　　　／s／ Gary Klausner
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE